# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**TOT POWER CONTROL, S.L.,**
*Plaintiff*

V.                      Civil Action No. **6:21−CV−00109−ADA**

**T−MOBILE US, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:    **T−Mobile USA, Inc.**
       **c/o Registered Agent, Corporation Service Company**
       **211 East 7th Street, Suite 620**
       **Austin, Texas 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

                               **Erick Scott Robinson**
                               **Porter Hedges LLP**
                               **1000 Main St., 36th Floor**
                               **Houston, TX 77339**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

                                                                         **ISSUED ON 2021−02−03 12:14:54**

Civil Action No. 6:21–CV–00109–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
      _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
      _____, a person of suitable age and discretion who resides there,
      on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
      designated by law to accept service of process on behalf of*(name of organization)*_____
      _____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
      _____
      _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                          _____
                                                                                *Server's signature*

                                                                                _____
                                                                                 *Printed name and title*

                                                                                _____
                                                                                   *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____