# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| TOT POWER CONTROL, S.L., | Civil Action No. 6:21-cv-00109-ADA |
| Plaintiff, | The Honorable Alan D. Albright |
| v. | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC. | |
| Defendants. | |

## CASE READINESS STATUS REPORT

Plaintiff ToT Power Control, S.L. and Defendant T-Mobile USA, Inc. hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on February 1, 2021.  There was one extension through and until April 12, 2021.

## RESPONSE TO THE COMPLAINT

Defendant filed its Answer on April 12, 2021.  There are no counterclaims other than counterclaims for non-infringement and invalidity.

## PENDING MOTIONS

There are no pending motions in this case other than motions to appear *pro hac vice*.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following case in this Judicial District include common asserted patents:

*TOT Power Control, S.L. v. T AT&T Mobility LLC*, W.D.Tex. 6:21-cv-00107-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and will disclose its asserted claims with its Preliminary Infringement Contentions no less than one week before the CMC.

## APPOINTMENT OF TECHNICAL ADVISER

Plaintiff's position is that it cannot predict at this time whether the Court may benefit from the appointment of a technical advisor.  Defendant's position is that, should the Court wish to use a technical advisor as the case progresses, Defendant has no objection.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on April 19, 2021 and have exchanged emails regarding relevant issues until now.  The parties have no pre-Markman issues to raise at the CMC.

Dated: April 28, 2021

Respectfully submitted,

By: */s/ Erick Robinson*
Erick Robinson (TX Bar No. 24039142)
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6615
Mobile: (713) 498-6047
Fax: (713) 583-9737
erobinson@porterhedges.com
*Counsel for Plaintiff ToT Power Control, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Erick Robinson*
*Erick Robinson*