# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

TOT POWER CONTROL, S.L.,

vs.                                         Case No.: C.A. No. 6:21-cv-00109-ADA

T-MOBILE USA, INC.,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now John F. Petrsoric, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff TOT Power Control S.L. in this case, and would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of) King & Wood Mallesons LLP with offices at:

        Mailing address: 500 Fifth Avenue, 50th Floor

        City, State, Zip Code: New York, NY 10110

        Telephone: 212 319 4755     Facsimile: 917 591 8167

2.     Since 11/14/2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 3995313.

3.     Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| US District Court for the SDNY | 2001 |
| US District Court for the EDNY | 2003 |
| US District Court for the EDTX | 2006 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Erick S. Robinson

Mailing address: Porter Hedges LLP. 1000 Main Street, 36th floor

City, State, Zip Code: Houston, TX 77002

Telephone: 713-498-6047

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of John F. Petrsoric to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

John F. Petrsoric
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 11th day of June, 2021.

John F. Petrsoric
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

TOT POWER CONTROL, S.L.,

vs.                                  Case No.: C.A. No. 6:21-cv-00109-ADA

T-MOBILE USA, INC.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by John F. Petrsoric, counsel for Plaintiff TOT Power Control S.L., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and John F. Petrsoric may appear on behalf of Plaintiff TOT Power Control S.L. in the above case.

IT IS FURTHER ORDERED that John F. Petrsoric, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE