**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>       Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>       Defendant. | C.A. No. 6:21-cv-00109-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW

Pursuant to this Court's *Order Governing Proceedings - Patent Case*, Plaintiff TOT Power Control, S.L. ("TOT") hereby notifies the Court of the following *Inter Partes* Review petition.

On June 11, 2021, proposed intervenor Ericsson Inc., who has also moved to intervene in TOT Power Control, S.L. v. AT&T Mobility LLC, No. 6:21-cv-00107-ADA (W.D. Tex.), filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,532,865, one of the two patents asserted in this case. The Notice of Filing Date Accorded was dated June 23, 2021. Consequently, the Anticipated Institution Decision date is December 23, 2021 and the Anticipated Final Written Decision (if instituted) date is December 23, 2022.

Dated:  June 25, 2021     Respectfully submitted,

            By: /s/ Erick S. Robinson

OF COUNSEL:      Erick S. Robinson
            Texas State Bar No. 24039142
Mark S. Raskin      erobinson@porterhedges.com
John F. Petrsoric      PORTER HEDGES PLLC
KING & WOOD MALLESONS LLP 1000 Main Street, 36th Floor
500 5th Avenue, 50th Floor   Houston, Texas 77002
New York, New York 10110   TEL: (713) 226-6615
(212) 319-4755      FAX: (713) 226-6215
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com   *Attorneys for Plaintiff*
            *TOT Power Control, S.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

         */s/ Erick S. Robinson*
         Erick S. Robinson