IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L, | § § § | |
| Plaintiff, | § § § | Civil Action No. 6:21-cv-00107-ADA |
| v. | § § § | |
| AT&T MOBILITY LLC, | § § § | |
| Defendant, | § § § | **JURY TRIAL DEMANDED** |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| Intervenor-Defendant. | § § § | |
| ERICSSON INC. | § § § | |
| Intervenor-Defendant. | § | |

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L, | § § § | |
| Plaintiff, | § § § | Civil Action No. 6:21-cv-00109-ADA |
| v. | § § § | |
| T-MOBILE USA, INC., | § § § | |
| Defendant, | § § § | **JURY TRIAL DEMANDED** |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| Intervenor-Defendant. | § § § | |
| ERICSSON INC. | § § § | |
| Intervenor-Defendant. | § | |

**UNOPPOSED MOTION TO WITHDRAW JOHN POULOS AS COUNSEL FOR NOKIA OF AMERICA CORPORATION**

Nokia of America Corporation ("Nokia") moves to withdraw John Poulos as an attorney of record for Nokia in the above-captioned matter. Mr. Poulos is no longer with the firm Quinn

1

Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and no longer represents Nokia in this matter. Quinn Emanuel will continue to represent Nokia. Plaintiff does not oppose this motion.

DATED: April 28, 2022

By     /s/ *Brianne M. Straka*

Scott Cole
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
201 West 5th Street 11th Floor Austin, Texas 78701
(713) 221-7006
(737) 667-6110 (facsimile)
scottcole@quinnemanuel.com

David A. Nelson
Brianne M. Straka
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
briannestraka@quinnemanuel.com
*Attorneys for Nokia of America Corporation*

ATTORNEY FOR DEFENDANT NOKIA OF AMERICA CORP. INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, April 28, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                            /s/ *Brianne M. Straka*
                                            Brianne M. Straka