# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:21-cv-00107-ADA |
| v. | § § | |
| AT&T MOBILITY LLC, | § § § | **JURY TRIAL DEMANDED** |
| Defendant, | § § | |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| Intervenor-Defendant. | § § | |
| ERICSSON INC. | § § | |
| Intervenor-Defendant. | § | |

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:21-cv-00109-ADA |
| v. | § § | |
| T-MOBILE USA, INC., | § § § | **JURY TRIAL DEMANDED** |
| Defendant, | § § | |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| Intervenor-Defendant. | § § | |
| ERICSSON INC. | § § | |
| Intervenor-Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW JOHN POULOS AS COUNSEL FOR NOKIA OF AMERICA CORPORATION**

Nokia of America Corporation ("Nokia") filed a motion to withdraw John Poulos as an attorney of record for Nokia in the above-captioned matter. Having considered the motion, and good cause having shown, the Court GRANTS the motion.

SIGNED this _____ day of _____, 2022.

                                            ALAN D. ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE