# Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

| | |
|---|---|
| 1. Sender | Andrew G. DiNovo<br>DiNovo Price LLP<br>7000 N MoPac Expressway Suite 350<br>Austin, TX 78731<br>USA<br>adinovo@dinovoprice.com |
| 2. Central Authority of the Requested State | The Senior Master<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL |
| 3. Person to whom the executed request is to be returned | Andrew G. DiNovo<br>DiNovo Price LLP<br>7000 N MoPac Expressway Suite 350<br>Austin, TX 78731<br>USA<br>adinovo@dinovoprice.com |
| 4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| Date | April 16, 2026 |
| Reason for urgency | The evidence is requested for use at trial; evidence must be exchanged by April 16, 2026. |
| In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request: | |
| 5a. Requesting judicial authority (Article 3, a) | Honorable Alan D Albright, District Judge<br>United States District Court, Western District of Texas<br>800 Franklin Avenue<br>Waco, Texas 76701<br>USA |
| 5b. To the competent authority of (Article 3, a) | Senior Master, England<br>United Kingdom |
| 5c. Names of the case and any identifying number | TOT Power Control, S.L. v. AT&T Mobility LLC, et al<br>United States District Court, Western District of Texas<br>Case No. 6:21-cv-00107-ADA<br><br>and<br><br>TOT Power Control, S.L. v. T-Mobile USA, Inc., et al<br>United States District Court, Western District of Texas<br>Case No. 6:21-cv-00109-ADA |
| Names and addresses of the parties and their representatives (Article 3, b) | |
| 6a. Plaintiff | TOT Power Control, S.L. |

| | |
|---|---|
| Representatives | Andrew G. DiNovo          adinovo@dinovoprice.com<br>Adam G. Price             aprice@dinovoprice.com<br>Adrian Sepulveda          asepulveda@dinovoprice.com<br>Christopher V. Goodpastor<br>                          cgoodpastor@dinovoprice.com<br>Gabriel R. Gervey         ggervey@dinovoprice.com<br>DiNovo Price LLP<br>7000 N. MoPac Expressway Suite 350<br>Austin, TX 78731<br>USA<br><br>Corey Johanningmeier   cjohanningmeier@bdiplaw.com<br>Bunsow De Mory LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>USA |
| 6b. Defendant | <u>Defendant – 6:21-cv-00107-ADA</u><br>AT&T Mobility LLC<br><br><u>Defendant – 6:21-cv-00109-ADA</u><br>T-Mobile USA, Inc. |
| Representatives | <u>For AT&T Mobility LLC and T-Mobile USA, Inc.</u><br>David C. Dotson          dcdotson@duanemorris.com<br>John R. Gibson           jrgibson@duanemorris.com<br>Louis Jameson            wjameson@duanemorris.com<br>Matthew S. Yungwirth msyungwirth@duanemorris.com<br>Duane Morris LLP<br>1075 Peachtree Street Ne, Suite 1700<br>Atlanta, GA 30309-3929<br>USA<br><br>Gilbert Andrew Greene    BGreene@duanemorris.com<br>Duane Morris LLP<br>Terrace 7, 2801 Via Fortuna, Suite 200<br>Austin, TX 78746-7567<br>USA<br><br>Joseph A. Powers         japowers@duanemorris.com<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>USA |
| 6c. Other parties | <u>Intervenor-Defendant – Both Cases</u><br>Nokia of America Corp. |

| | |
|---|---|
| | Intervenor-Defendant/Counter-Plaintiff – Both Cases<br>Ericsson Inc. |
| Representatives | For Nokia of America Corp.<br>David C. Dotson　　　　　dcdotson@duanemorris.com<br>John R. Gibson　　　　　　jrgibson@duanemorris.com<br>Louis Jameson　　　　　　wjameson@duanemorris.com<br>Matthew S. Yungwirth msyungwirth@duanemorris.com<br>Duane Morris LLP<br>1075 Peachtree Street Ne, Suite 1700<br>Atlanta, GA 30309-3929<br>USA<br><br>Gilbert Andrew Greene　　BGreene@duanemorris.com<br>Duane Morris LLP<br>Terrace 7, 2801 Via Fortuna, Suite 200<br>Austin, TX 78746-7567<br>USA<br><br>Joseph A. Powers　　　　　japowers@duanemorris.com<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>USA<br><br>For Ericsson Inc.<br>David C. Dotson　　　　　dcdotson@duanemorris.com<br>John R. Gibson　　　　　　jrgibson@duanemorris.com<br>Louis Jameson　　　　　　wjameson@duanemorris.com<br>Matthew S. Yungwirth msyungwirth@duanemorris.com<br>Duane Morris LLP<br>1075 Peachtree Street Ne, Suite 1700<br>Atlanta, GA 30309-3929<br>USA<br><br>Gilbert Andrew Greene　　BGreene@duanemorris.com<br>Duane Morris LLP<br>Terrace 7, 2801 Via Fortuna, Suite 200<br>Austin, TX 78746-7567<br>USA<br><br>Joseph A. Powers　　　　　japowers@duanemorris.com<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |

|  | USA |
|---|---|
| 7a. Nature of the proceedings (Article 3, c) | Defendant – 6:21-cv-00107-ADA<br>AT&T Mobility LLC<br><br>Plaintiff asserted multiple claims alleging, and relating to, patent infringement involving Plaintiff's registered United States Patent Number 7,496,376 ("the '376 Patent") and 7,532,865 ("the '865 Patent").<br><br>Defendant – 6:21-cv-00109-ADA<br>T-Mobile USA, Inc.<br><br>Plaintiff asserted multiple claims alleging, and relating to, patent infringement involving Plaintiff's registered United States Patent Numbers 7,496,376 ("the '376 Patent") and 7,532,865 ("the '865 Patent"). |
| 7b. Summary of complaint | Defendant – 6:21-cv-00107-ADA<br>AT&T Mobility LLC<br><br>Defendant – 6:21-cv-00109-ADA<br>T-Mobile USA, Inc.<br><br>In both cases, the First Amended Complaint alleges that the Defendant infringed Plaintiff's US patent(s) regarding Outer Loop Power Control in cellular communications networks by making, using, selling, and/or offering to sell cellular communication services using equipment provided by Ericsson Inc. and Nokia of America Corporation. |
| 7c. Summary of defence and counterclaim | Defendant – 6:21-cv-00107-ADA<br>AT&T Mobility LLC<br><br>Defendant – 6:21-cv-00109-ADA<br>T-Mobile USA, Inc.<br><br>In both cases, the Defendant argues in defense that the patent(s) are invalid, that the Defendant does not infringe any valid claims of the patent(s), and general equitable defenses, and filed counterclaims seeking declaratory judgment that the patent(s) are invalid and that the Defendant does not infringe the patent(s). Intervenors Ericsson Inc. and Nokia of America Corp. filed similar defenses and counterclaims. |
| 7d. Other necessary information or documents | A copy of Plaintiff's Amended Complaint in the 6:21-cv-00107-ADA matter and 6:21-cv-00109-ADA matter |

| | |
|---|---|
| | are attached for reference as Exhibit 1 and Exhibit 2, respectively. |
| 8a. Evidence to be obtained or other judicial act to be performed (Article 3, d) | Please provide responses to items 10 and 11 under oath. |
| 8b. Purpose of the evidence or judicial act sought | The purpose for the documents and judicial acts requested is to provide the relevant evidence to the above court at trial and allow Plaintiff to protect its patented process and relevant data.<br><br>The requested document relates to confirming prior notice of this technology and by extension, the patents-in-suit, as well as testing and evaluation of Plaintiff's technology. |
| 9. Identity and address of any person to be examined (Article 3, e) | Vodafone Group Services Limited<br>Vodafone House<br>The Connection<br>NEWBURY<br>RG14 2FN<br>UK<br><br>It has been represented that Vodafone Group Services Limited is an entity legally registered to do business in the United Kingdom. |
| 10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f) | For the document requested in item 11:<br><br>1. Confirm that the produced document is a true and correct copy of the presentation titled 'ToT: Top optimized Tecnologies Outer Loop Power Control Analysis' made by Vodafone on or about January 2006.<br><br>2. Confirm the exact or approximate date that the document was created and the author(s) of the document; confirm that the document was kept in the ordinary course of regularly conducted activity of Vodafone; confirm that the document was made as a regular practice of Vodafone's business. |
| 11. Documents or other property to be inspected (Article 3, g) | Please produce a true and correct copy of the document depicted in Exhibit 3, the presentation titled "ToT: Top optimized Tecnologies Outer Loop Power Control Analysis" made by Vodafone on or about January 2006. |
| 12. Any requirements that the evidence be given on oath or | |

| | |
|---|---|
| affirmation and any special form to be used (Article 3, h) | A certification declaring that the responses are true and accurate enforceable by criminal penalty in the country where the certification is signed must be attached. |
| 13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i and 9) | The responses to Item 10 of this form must be in writing and accompanied with a certification that the responses are true and accurate enforceable by criminal penalty in the country where the certification is signed |
| 14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7) | N/A |
| 15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8) | N/A |
| 16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, b) | Vodafone Group Services Limited and its representatives shall be given the privilege of refusing to produce the requested document evidence if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by | DiNovo Price LLP<br>Counsel for Plaintiff TOT Power Control, S.L.<br>7000 N MoPac Expressway Suite 350<br>Austin, TX 78731<br>USA<br><br>Above counsel stands ready to reimburse the British authorities for costs incurred in executing this request. |

DATE OF REQUEST: 3/11/26

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY:

Alan Arstrong